IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH K. RAY, d/b/a Premier Innovations, and KENNETH K. RAY, individually, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DEALER PRODUCT SERVICES, INC., | ) ) ) |
| Defendant. | ) |

No. 4:06-CV-00096-ERW

**FED. R. CIV. P. 41 STIPULATION OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41 (a)(1), Plaintiff Kenneth K. Ray and Defendant Dealer Product Services, Inc., jointly stipulate to the voluntary dismissal of all claims and counterclaims with prejudice, and each party shall bear its own costs and attorneys' fees.  The Parties further stipulate that the court shall retain jurisdiction to enforce the payment of the settlement proceeds.

**Dated:  December 15, 2006**

Plaintiff
KENNETH K. RAY

By: s/David M. Dare
    David M. Dare
    HARREN DARE & STREETT
    1051 N. Harrison Ave.
    St. Louis, MO 63122
    314. 965.3373 (telephone)
    314.965.2225 (facsimile)
    ddare@hdsstl.com

Defendant
DEALER PRODUCT SERVICES

By:  s/Christopher Carmichael
    Christopher W. Carmichael
    HOLLAND & KNIGHT LLP
    131 S. Dearborn St., 30th Flr.
    Chicago, Illinois  60603
    312.263.3600 (telephone)
    312.578.6666 (facsimile)
    christopher.carmichael@hklaw.com

# 4004512_v3

Plaintiff
KENNETH K. RAY


By: /s/ Rudolph A. Telscher, Jr.
    Rudolph A. Telscher, Jr.
    HARNESS, DICKEY & PIERCE, P.L.C.
    7700 Bonhomme, Suite 400
    Clayton, Missouri 63105
    Phone: (314) 726-7500
    Fax: (314) 726-7501